# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROCIO MALDONAGO-GOMORA** : | | **CIVIL ACTION** |
| *Plaintiff* : | | |
| : | | **NO. 20-2382** |
| **v.** : | | |
| : | | |
| **ANALYTICAL TECHNOLOGY,** : | | |
| **INC.,** *et al.* : | | |
| *Defendant* : | | |

# ORDER

**AND NOW**, this 8th day of September 2020, upon consideration of Defendants' *partial motion to dismiss*, [ECF 8], Plaintiff's response in opposition thereto, [ECF 9], Defendants' reply, [ECF 1], and the allegations contained in the complaint, [ECF 13], it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, the motion is **GRANTED**, and Plaintiff's claims premised on the conduct of the person identified in the complaint as "Edward" are **DISMISSED**. Defendants shall file an answer to the complaint by September 29, 2020.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO, J.**
*Judge, United States District Court*